# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

Marilyn Kelly,
Chief Justice

138332

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 138332
COA: 288821
Lenawee CC: 07-013015-FH
              07-013016-FH

HARRIET LAURA NORTHUP,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk